**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JERRY LEE COOPERWOOD                                                                                    PLAINTIFF

v.                                              No. 4:05CV00902 JLH

MARK WAGES, in His Individual Capacity                                                         DEFENDANT

**JUDGMENT**

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is hereby entered in favor of Jerry Lee Cooperwood against Mark Wages, in his individual capacity, in the amount of $558,026.91 plus costs of the action and post-judgment interest to accrue at the rate of 5.08% per annum from this date until the judgment is satisfied.

IT IS SO ORDERED this 25th day of January, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE